JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSANNA LOPEZ and AHZAYAH LARRIVA, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND EMPLOYMENT SERVICES, LLC, an Ohio Limited Liability Company; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 5:19-cv-00515 FMO-SHKx<br><br>**ORDER GRANTING STIPULATION [10] TO DISMISS CLAIMS WITHOUT PREJUDICE** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed without prejudice, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: April 4, 2019 _____/s/_____
Hon. Fernando M. Olguin
United States District Judge